28 December 2014 (Sunday) 14-555-
CR

Gerard Rickhoff, Clerk
Bexar County Clerk's office
Attn: Lucy Rigby
Court Service Supervisor &
County Court at Law No 5, Clerk

100 Dolorosa
San Anto, Tx 78205

✓ Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Anto, Tx 78205

Susan Reed
District Attorney, Bexar County
101 W Nueva, ste 370
San Anto, Tx 78205

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN -5 PM 2:58
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Re: Trial Case No 307125, C.C. No 5,
MISSING MAILED FOR FILING FIRST
Amended Application for Writ of Habeas Corpus
Pursuant to Art. 11.072 of the T.C.C.P. mailed
for filing on Feb. 4, 2014
Robert Martinez, Pro Se
BCADC SID No 327074
TDCJ ID No. 1931397
200 N Comal
San Anto, Tx 78207

VIA U.S. First Class Mail

Greetings:
To All Above listed Please make this Known to
the Courts:

LETTER DATED October 13, 2014 from:
Gerard Rickhoff
County clerk Bexar County

Advises me to wit:

Dear Mr. Martinez

"Enclosed please find certified copies of your Application for Writ of Habeas Corpus filed in our office as Writ 2542 on 12/19/13 as well as your Second Amended Application for Writ of Habeas Corpus filed in our office as Writ 2565 on 6/24/14. I did not find a First Amended Application for Writ of Habeas Corpus filed with our office. There is also a copy of the D-page of case CR307125 as per your request."

Sincerely,

Gerard Rickhoff
Bexar County Clerk

By _____
Lucy Rigby
Court Services Supervisor

NOTE DOCUMENT signed by Ms Rigby

With every known method available to me, in Good faith I have Made Notice of the serious procedural due process Constitutional Violations to No avail. I have vociferiously requested assistance in correcting the No filing, misfiling, missing documents, the arbitrary And capricious, I have sought out the Clerk' help in assistance And the 4th Court of Appeals, filed mandamus, And motions to make a through search ~~of~~ all on deaf ears.

Enclosed Please find a true And correct hand copy of my <u>First Amended Application</u> <u>for Writ of Habeas Corpus Pursuant to</u> <u>Article 11.072 of the Texas Code of</u> <u>Criminal Procedure</u> with Certificate of Service And Inmate's Declaration All placed in the Bexar County Adult Detention Center "BCADC" internal prison mailing system on Feb 4, 2014 over (10) ten months ago.

Bring this my <u>First Amended Application for Writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure</u> and this letter Notice to the attention of the court.

Additionally, File this <u>First Amended Application for Writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure</u> As perscribed by Texas Code of Criminal Procedures, operation of law, with Special Notice of the inherent Constitutional Violations. Thank you

Respectfully Submitted
In Hoc

Robert Martinez, Pro Se
TDCJ ID No. 1931397
BCADC SID No. 327074
200 N. Comal
San Anto, Tx 78207

Placed in the BCADC internal prison mailing system on

28 Dec 2014

CC: file
Exclosures: Certificate of Service
Inmate's Declaration

# CERTIFICATE OF SERVICE

I, hereby certify that on this the 28 day of December 2014, a true and correct copy of the above and foregoing "Missing. Mailed for filing First Amend." was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205, Gerard Reckhoff Clerk, Atth' Lucy Rigby Court Service Supervisor & County Court at Law Abst, Clerk, 100 Dolorosa, San Anto, Tx 78205, Fourth Court of Appeals, 300 Dolorosa, suite 3200, San Anto Tx 78205.

_____

Defendant, Robert Martinez, Pro Se
Bexar Sid. No 327074

## ORDER

On this the _____ of _____, _____, came on to be heard

Defendant's _____ and said motion is hereby

( ) GRANTED  ( ) DENIED

Signed this _____ of _____, _____.

_____

Judge Presiding

## PETITIONER'S INFORMATION

Petitioner's printed name:_____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone:_____

Fax:_____

## INMATE'S DECLARATION

I, _Robert Martinez_____, am the applicant / petitioner (circle one) and being presently incarcerated in _Bexar County Adult Detention Ctr_ declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _28 December_, 20_14_.

_____
Signature of Applicant / Petitioner (circle one)

TX A.DC SID No 327074
200 N. Comal
San Anto, Tx 78207

17

Writ number: _____

Trial Court Number: 307125

Ex Parte
Robert Martinez

IN THE COUNTY CRIMINAL
COURT AT LAW Number 5
Bexar County, TEXAS

---

First AMENDED Application for Writ of Habeas Corpus
Pursuant to Article 11.072
of the Texas Code of Criminal Procedure

---

To THE Honorable Judge of The 5th County Court
Bexar County, Texas

— Now comes the Applicant, Robert Martinez, who submits this his First Amended Application for Writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure and shows:

Applicant, Robert Martinez, will rely on his Original Application for Writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure and now his First Amended Application

Applicants Application for Writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal procedure was placed in the Bexar County

Adult Detention Center "BCADC" Internal prison mailing System on the 13th day of December 2013, deemed filed pursuant to Federal law in addition to this his First Amended Application

Applicant received ineffective assistance of Counsel at trial where probation was granted because prior to entering into a guilty plea in this case applicant was not properly advised by trial counsel where probation was granted of applicants qualification under the misdemeanor Probation Act of this state and applicants rights to appeal, and as a result of such ineffective assistance of trial counsel where probation was granted, applicants plea in this case was unknowing and involuntary. Trial counsel where probation was granted failed, misapplied the law, did not properly advise applicant of guilty plea where probation was granted see exhibit 16 herein attached and made part of applicant's orginal Application for writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure.

Trial Counsel where probation was granted failed to explain gave incorrect legal advised misapplied the law regarding Defendant's qualification for

2

probation under the Misdemeanor Probation Act of this state, that, under the provision of said Act, the Court made no final finding of guilty herein, rendered no judgment in this cause, and placed Defendant on probation for a period of two years from said date last above written, on the following terms and condition, to-wit: See exhibit 17 herein attached and made part of applicants orginal Application for writ of Habeas Corpus Pursuant to Article 11.072 of the Texas Code of Criminal Procedure.

Trial Counsel where probation was granted breached Applicants guilty plea entered on May 18, 1983 denied applicant his constitutional right to effective assistance of counsel. Trial counsel incorrectly advised applicant that his guilty plea was not a final finding of guilty. Trial counsel misapplied the law and relied on his incorrect understanding of the law ni that he informed and advised applicant guilty plea would not be a final finding of guilty Trial Counsel relied on exhibit 17 to misinform Applicant.

3

Trial counsel where probation was revoked and incorrectly advised applicant and failed to advised applicant of any consequences or enhancements of misdemeanor D.W.I. Trial counsel where probation was revoked failed to properly advise applicant the finding of guilty herein shall not be final, that no judgment be rendered thereon, and that Defendant be,"

Trial counsel allowed applicant to enter a plea in case no 307125 and in case no. 319377 unknowingly and involuntarily as regarded to offense case no. 307125 or case No 319377 would be final conviction(s).

Trial counsel failed to advised applicant of any consequences other than the required remaining jail credits required even to the point of advising applicant could satisfy judgment to the weekends Trial counsel never advised applicant of possible consequences of enhancements and or final convictions.

Trial counsel where probation was revoked did not advised applicant of consequences of probation being revoked by entering into a plea deal

4

Applicant seek equal, protection in the law. his right to effective assistance of counsel. Equal Access to Courts.

Applicant is indigent and unable to presently purchase a simple ink pen. Ink pens are not given out as indigent supplies. Ink pens are allowed to be used after standing in line at the law library Law Library access is extremely limited, long lines, torn books, no pocket parts, worn, and old. Simple unlined white paper greatly restricted at times limited to (2) two sheets Applicant will continue to pilfer paper in order to file papers with the Courts.

Applicant will continue to urge this Honorable Court for the Appointment of Counsel Effective counsel so that a just hearing and ruling in these matters.

Applicant will rely on his filed Verfied Paupers Oath and ~~Certificat~~ Certified Certificat of Inmate (6) six month trust history

6

Applicant with due diligency has requested Necessary papers for filing with this Court only to be repeatedly denied. OFten the agency being requesting Quoting the Gov't Code

Section 552.028 of the Government Code provides in relevant part the following

(a) A governmental body is not required to occept or comply with a request for information from:

(1) an individual who is imprisoned or confined in a Correctional facility: or

(2) an agent of that individual other than that individuas attorney when the attorney is requesting information that is subject to disclosure under this chapter.

Applicant humbly seeks this Honorable Courts judicial powers to afford Applicant a fair and equal hearing so the ends of justice are met.

Respectfully submitted,

Robert Martinez, Pro Se

## Inmate Declaration

I, Robert Martinez, being Presently Incarcerated in Bexar County Adult Detention Center, Declare Under Penalty of Perjury that, according to my belief, the facts stated in the Application are true and correct, to the best of my ability

Signed on __4 Feb 2014__, and placed in the internal prision mailing system

_____
Signature of Applicant

Certificate of Service

I, hereby certify that on this the 4 day of February, 2014, a true and correct copy of the above and foregoing First Amended Application for Writ of Habeus Corpus pursuant to Article 11.072 of the Texas Code of Criminal Procedure was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Tx 78205

Defendant Robert Martinez
BCADC SID No 327074

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN -5 PM 2:58

Keith E. Hottle

KEITH E. HOTTLE, CLERK

Legal Mail

Court of Appeals
Fourth Court of Appeals District
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Antonio, Tx 78205-3037

neopost
12/30/2014
US POSTAGE $00.90⁰
FIRST-CLASS MAIL

ZIP 78205
041L12202049